

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00373-CV

IN RE VERLEE ALBERT, JR.                                        RELATOR

-----------

ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relator's petition for writ of mandamus, along with relator's "Motion to Leave to Amend," which we construe as a supplement to relator's petition, and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.[2]

PER CURIAM

PANEL:  GARDNER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  November 7, 2013

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

[2]We have considered relator's motion requesting that we forward copies of his petition for writ of mandamus and accompanying exhibits to the respondent and real party in interest.  Relator's motion is granted, and the clerk of this court is ordered to transmit a copy of relator's petition for writ of mandamus and accompanying exhibits to the respondent and real party in interest along with a copy of this opinion.